**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

THOMAS EDWARDS,                      )
                                     )
    Plaintiff,                     )
                                     )         No. 2:25-cv-02327-TLP-tmp
v.                                   )
                                     )         JURY DEMAND
NCB MANAGEMENT SERVICES, INC.,       )
                                     )
    Defendant.                     )

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Pro se Plaintiff Thomas Edwards sued here on March 24, 2025, alleging that Defendant NCB Management Services, Inc. violated the Fair Credit Reporting Act. (ECF No. 2.) Plaintiff brings a claim under 15 U.S.C. § 1681s-2(a) and another under 15 U.S.C. § 1681s-2(b). (*Id.*)

Under Administrative Order 2013-05, the Court referred this case to Chief Magistrate Judge Tu M. Pham for management of all pretrial matters. As Plaintiff is proceeding in forma pauperis, Judge Pham screened the Complaint under 28 U.S.C. § 1915(e)(2) and issued an R&R in June 2025. (ECF No. 8.) In the R&R, Judge Pham recommended the Court dismiss Plaintiff's § 1681s-2(a) claim and give Plaintiff leave to amend his § 1681s-2(b) claim. (*Id.*) The Court adopted the R&R. (ECF No. 9.) The Court gave Plaintiff thirty days to amend his Complaint. After thirty days, Judge Pham issued a second R&R. (ECF No. 10.) The Second R&R recommends dismissal of the remaining § 1681s-2(b) claim because Plaintiff failed to amend the Complaint.

1

**LEGAL STANDARD**

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations for deciding pretrial matters.  28 U.S.C. § 636(b)(1)(A)–(B).  And "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1).  If the parties do not object, the district court reviews the R&R for clear error.  Fed. R. Civ. P. 72(b) advisory committee notes.  And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  Judge Pham entered his R&R in June 2025. Neither party objected, and the time to do so has now passed.  The Court therefore reviews the R&R for clear error.

**DISPOSITION AND CONCLUSION**

Having reviewed the record, the Court finds no clear error in Judge Pham's R&R.  The Court agrees with Judge Pham that Plaintiff has not timely amended his Complaint to plausibly state a § 1681s-2(b) claim.  The Court gave Plaintiff time to amend the Complaint, and he failed to do so.  And so the Complaint should be dismissed.

Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE.**

**SO ORDERED**, this 1st day of May, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2